**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| UNILOC USA, INC. and<br>UNILOC LUXEMBOURG, S.A.,<br><br>Plaintiffs,<br><br>v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG ELECTRONICS CO. LTD.<br><br>Defendant. | § § § § § § § § § § § § § § § | Civil Action No. 2:18-cv-00041<br><br><br><br>PATENT CASE<br><br><br><br>JURY TRIAL DEMANDED |

**PLAINTIFFS' RULE 7.1 DISCLOSURE STATEMENT**

Plaintiffs, Uniloc USA, Inc. and Uniloc Luxembourg S.A., file this disclosure statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and state the following:

Uniloc USA, Inc., a Texas corporation, is a privately held corporation and a wholly owned subsidiary of Uniloc Corporation Pty. Limited., an Australian corporation, also a privately held corporation with no parent corporation. Uniloc Luxembourg S.A. is a privately held corporation with no parent corporation.

No publicly held corporation owns ten (10%) percent or more of Uniloc USA, Inc. or Uniloc Luxembourg S.A. stock.

Date: February 26, 2018 		Respectfully submitted,

		*/s/ Edward R. Nelson, III*
		Kevin Gannon
		Massachusetts State Bar No. 640931
		James J. Foster
		Massachusetts State Bar No. 553285
		Aaron Jacobs
		Massachusetts State Bar No. 677545
		**PRINCE LOBEL TYE LLP**
		One International Place, Suite 3700
		Boston, MA 02110
		Tel: (617) 456-8000
		Email: kgannon@princelobel.com
		Email: jfoster@princelobel.com
		Email: ajacobs@princelobel.com

		Edward R. Nelson III
		ed@nelbum.com
		Texas State Bar No. 00797142
		Anthony M. Vecchione
		anthony@nelbum.com
		Texas State Bar No. 24061270
		**NELSON BUMGARDNER PC**
		3131 West 7th Street, Suite 300
		Fort Worth, TX 76107
		Tel: (817) 377-9111
		Fax: (817) 377-3485

		**ATTORNEYS FOR THE PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(b)(1) on February 26, 2018.

		*/s/ Edward R. Nelson, III*
		Edward R. Nelson, III

2765617.v1