**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| UNILOC USA, INC., and UNILOC LUXEMBOURG, S.A., <br><br> v. <br><br> SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG ELECTRONICS CO. LTD. | § § § § § § § § § § § Case No. 2:18-CV-00041-JRG-RSP |

## ORDER

Before the Court is Plaintiff's motion to dismiss pursuant to Federal Rule of Civil Procedure 41(a)(2) (Dkt. No. 92). Plaintiff's motion indicates that Plaintiff seeks to voluntarily dismiss this action with prejudice with respect to accused products as of April 11, 2019 and dismissal of Defendants' declaratory judgment counterclaims without prejudice. *Id.* At the May 10, 2019 hearing before Magistrate Judge Payne, Plaintiff's counsel clarified that Plaintiff was seeking a dismissal with prejudice of this action with no time limitation. Therefore, Plaintiff's motion to dismiss (Dkt. No. 92) is **GRANTED**.

Accordingly, Plaintiff's claims against Defendants are **DISMISSED WITH PREJUDICE** and Defendants' counterclaims against Plaintiff are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction. The Clerk is directed to close this case.

**So ORDERED and SIGNED this 13th day of May, 2019.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE